# ALABAMA COURT OF CRIMINAL APPEALS



September 6, 2024

**CR-2024-0137**
Maurice Adaryll Corbett v. State of Alabama (Appeal from Madison Circuit Court: CC-23-1914)

## NOTICE

You are hereby notified that on September 6, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk